RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE ___7_,_19_,_06___
BY ___DM___

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

MAN PORTFOLIO SERVICES INC.  CIVIL ACTION NO. 05-1761

versus  JUDGE STAGG

CASAIC OFFSET & SILKSCREEN,  MAGISTRATE JUDGE HORNSBY
INC., ET AL.

## O R D E R

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion for Attorney's Fees and Expenses (Doc. 31) is **granted** as follows: Richard Glenn Connell is ordered to pay to MAN Portfolio Services Inc. the amount of Twenty Thousand, Three Hundred Seventy-three and no/100's Dollars ($20,373.00) in attorney's fees and Six Hundred Twenty and 29/100 Dollars ($620.29) for related expenses, plus legal interest thereon as permitted by law.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 18th day of ___July___, 2006.

TOM STAGG
UNITED STATES DISTRICT JUDGE