RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 8 / 23 / 06
BY _____ PM

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# SHREVEPORT DIVISION

| | | |
|---|---|---|
| MAN PORTFOLIO SERVICES, INC. | * * | CIVIL ACTION NO. CV 05-1761 S |
| Plaintiff | * * | JUDGE STAGG |
| VERSUS | * * | MAG JUDGE HORNSBY |
| CASAIC OFFSET & SILKSCREEN, INC. and RICHARD GLENN CONNELL | * * * | |
| Defendant | * * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Motion for Entry of Final Judgment Under Rule 54(b); and the Judgment rendered by the Court in the above-entitled action on 2 May 2006 in favor of plaintiff and against Richard Glenn Connell and upon finding that there is no just reason for delay in directing entry of a final judgment as to the Judgment against Richard Glenn Connell in this matter; accordingly,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Judgment rendered by the Court in the above-entitled action on 2 May 2006, in favor of MAN Portfolio Services Inc. and against Richard Glenn Connell be entered as a final judgment of this Court; <u>and</u>

**IT IS HEREBY FURTHER ORDERED** that the Clerk of Court is directed to enter final judgment against Richard G. Connell with respect to the Judgment of May 2, 2006 forthwith.

Shreveport, Louisiana, this 22nd day of August, 2006.

_____
UNITED STATES DISTRICT JUDGE

1566/3067